| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | BENJAMIN B. WAGNER<br>United States Attorney<br>KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney<br>4401 Federal Building<br>2500 Tulare Street<br>Fresno, California 93721<br>Telephone: (559) 497-4000 |

FILED
JUN 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the     )   1:11-SW-00111 DLB
Search of:               )
                         )   ORDER TO UNSEAL SEARCH WARRANT
                         )
16227 Folsom Avenue      )
Dos Palos, California    )
                         )
                         )
_____)

The search warrant in this case has been executed and no longer needs to remain secret, IT IS HEREBY ORDERED that the search warrant be unsealed and made public record.

Dated: 6/10/11

_____
U.S. Magistrate Judge